UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leon Henry Carter, III                                    Civil 08-2202 JMR/FLN

    Petitioner,

v.                                                                     O R D E R

John King, Warden, State Prison,
Stillwater, Minnesota,

    Respondent.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 17, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus [#1] is DENIED; and

2. This action is SUMMARILY DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.


DATED: July 29, 2008.              s/James M. Rosenbaum
at Minneapolis, Minnesota       JUDGE JAMES M. ROSENBAUM
                                              United States District Court